

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

Adam N. Saravay
Partner
T. 973.639.2023
F. 973.297.3749
asaravay@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

February 25, 2009

VIA ECF

Hon. Patty Shwartz
United States Magistrate Judge
U.S. District Court, District of N.J.
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, NJ  07101

Re:  George v. Staples, Inc., No. 2:08 cv 05746 (KSH)(PS)

Dear Judge Shwartz:

We represent the defendant, Staples, Inc., in this case, which was transferred from the Eastern District of New York and is scheduled for an initial conference on March 23, 2009.

As Your Honor is aware, this case is related to Stillman v. Staples, Docket No. 07 cv 849, in which a jury trial concluded just a few days ago.  The plaintiff in this case, N'Gai George, is a plaintiff in the Stillman case and testified at the trial.

Before the trial in Stillman, at a time when the trial was expected to be completed in early February, the Court extended the time for Staples to respond to the complaint in this case to February 26, 2009, in order to allow the parties time to "consider the results of the trial when responding to the Complaint."

With the consent of plaintiff's counsel, Staples requests that its time to respond to the complaint be extended for an additional three weeks.  Because the Stillman trial ended just days ago, there has not yet been an opportunity to consider the impact of the result of the trial on this case.

Respectfully submitted,

Adam N. Saravay

cc:  Hon. Katharine S. Hayden
     All Counsel (by ECF)

ME1 8190227v.1