
**McCARTER & ENGLISH**
ATTORNEYS AT LAW

Adam N. Saravay
Partner
T. 973.639.2023
F. 973.297.3749
asaravay@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

September 29, 2009

VIA ECF AND US MAIL

Mr. William T. Walsh, Clerk
United States District Court for the District of New Jersey
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07102

Re:  In re: Staples, Inc., Wage and Hour Employment Practices Litigation
       MDL 2025
       George v. Staples, Inc., No. 2:08-cv-5746(KSH)(PS)
       Zelinsky, et al. v. Staples, Inc., No. 2:09-cv-1889(KSH)(PS)
       Price v. Staples, Inc., No. 2:09-cv-1890(KSH)(PS)
       Sharma v. Staples, Inc., No. 2:09-cv-1891(KSH)(PS)
       Ciotti v. Staples, Inc., No. 2:09-cv-1919(KSH)(PS)
       Morrison v. Staples, Inc., No. 2:09-cv-1970(KSH)(PS)
       Florio v. Staples, Inc., No. 2:09-cv-1157(KSH)(PS)
       Soto v. Staples, Inc., No. 2:09-cv-2482(KSH)(PS)
       Lentz v. Staples, Inc., No. 2:09-cv-3983(KSH)(PS)
       Plaht v. Staples, Inc., No. 2:09-cv-4156(KSH)(PS)

Dear Mr. Walsh:

We write to respectfully request that Robert W. Fischer, Jr., Esq. of Fulbright & Jaworski, LLP, be removed as counsel of record for Staples, Inc., in the above-listed matters. Mr. Fischer no longer represents Staples in this matter. Because Mr. Fischer is pro hac vice counsel, he needs to be formally removed as counsel of record to avoid incurring additional annual assessments for the New Jersey Lawyers' Fund for Client Protection.

McCarter & English, LLP, continues to represent Staples along with pro hac vice counsel from Seyfarth Shaw LLP.

Respectfully Submitted,

Adam N. Saravay

ME1 9059215v.1