**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| N'GAI GEORGE, EDWARD CAMUS, RONALD STILLMAN, ROBERT ZELINSKY, JEFF LOUGHNER, OMAR MORRISON, ANTHONY WILLIAMS, RAYMOND YACOUBY, JEFFREY CIOTTI, CHRISTOPHER PRICE, VISHAL SHARMA, KRYSTAL FLORIO, ELMINIO SOTO, JANET LENTZ, CHRISTOPHER PLATH, DANIEL WILLIAMS, STEPHEN ROSS and RYAN SCHLENKER individually and on behalf of all other persons similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>STAPLES, INC.,<br><br>          Defendant. | Civil Action No. 2:08-cv-5746 (KSH) (PS)<br>MDL 2025<br><br><br><br>Jury Trial Demanded |

**NOTICE OF JOINT MOTION FOR PRELIMINARY APPROVAL**

To:    Richard L. Alfred, Esq.
        Krista Green Pratt, Esq.
        **SEYFARTH SHAW LLP**
        Two Seaport Lane, # 300
        World Trade Center East
        Boston, MA 02210

        Adam Saravay, Esq.
        Bryan Cantrell, Esq.
        **McCARTER & ENGLISH, LLP**
        Four Gateway Center
        100 Mulberry Street
        Newark, NJ 07102

        PLEASE TAKE NOTICE that on March 1, 2010, or as soon thereafter as counsel may be heard before the Honorable Katherine Hayden, or whomever may be sitting in her stead, in the United States District Court for the District of New Jersey,

Newark Vicinage, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room 4015 Newark, New Jersey 07101, the undersigned counsel for Plaintiffs shall move, pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA") and Rule 23 of the Federal Rules of Civil Procedure, for an order:

1) granting preliminary approval of the proposed Settlement;

2) preliminarily certifying, for settlement purposes only and pursuant to the terms of the Settlement Agreement between the parties, the proposed collective class pursuant to Section 16(b) of the FLSA and proposed state law class pursuant to Rule 23 of the Federal Rules of Civil Procedure, as described in the Consolidated Amended Collective/Class Action Complaint, all for the purposes of providing notice to the members of the proposed Settlement Classes;

3) approving the form and content of and directing the distribution of the proposed notices, claim forms and consents to join and release, annexed to the Declaration of Seth R. Lesser in Support of the Joint Motion for Preliminary Approval, as Exhibits A(1) – A(6), respectively;

4) appointing the law firms representing the plaintiffs named in the Consolidated Amended Collective/Class Action Complaint[1] and in the Settlement Agreement between the parties as Settlement Class Counsel;

5) appointing the plaintiffs named in the Consolidated Amended Collective/Class Action Complaint as Settlement Class Representatives;

6) appointing Rust Consulting, Inc. as Claims Administrator;

7) pursuant to 28 U.S.C. § 1651(a), enjoining all members of the proposed Settlement Classes from initiating or proceeding with any and all suits, actions, causes of action, claims, or demands in federal or state court based on putative violations of the FLSA or any state or local law (including statutory, regulatory, and common law) pertaining to hours of work or payment of wages, including without limitation all claims that were asserted or could have been asserted in the actions consolidated in the MDL proceeding, by or on behalf of Assistant Managers who worked for Staples within the applicable proposed Class Periods through the date of dismissal of the following lawsuits:

---

[1] In conjunction with and as a part of this proposed Settlement, the parties have agreed to and have filed, pursuant to Fed. R. Civ. P. 15(a)(2), a Consolidated Amended Collective/Class Action Complaint in the action titled, *George v. Staples, Inc.*, 08-5746 (KSH).

> *In re: Staples, Inc., Employment Practices Wage & Hour Litigation,* MDL 2025
> *Stillman v. Staples, Inc.,* 07-cv-849 (D.N.J.) ("*Stillman*")
> *Yacouby v. Staples, Inc.,* 08-1302 (Sup. Ct., Mass)
> *Ciotti v. Staples, Inc.,* 08-cv-11305 (D. Mass.)
> *Florio v. Staples, Inc.,* 09-cv-1157 (D. N.J.)
> *George, McNeil, Camus v. Staples, Inc.,* 08-cv-02391 (E.D.N.Y.); 08-cv-05746 (D. N.J.) ("*George*")
> *Lentz v. Staples, Inc.,* 09-cv-192 (S.D. Ohio)
> *Morrison, Williams, v. Staples, Inc.,* 08-cv-616 (D. Conn.)
> *Plath v. Staples, Inc.,* 09-cv-2898 (N.D. Ill.)
> *Price v. Staples, Inc.,* 09-cv-10008 (D. Mass)
> *Sharma v. Staples, Inc.,* 08-cv-3932 (E.D.N.Y.)
> *Soto v. Staples, Inc.,* 09-cv-703 (D. Md.)
> *Zelinsky, Loughner v. Staples, Inc.,* 08-cv-684 (W.D. Pa.); and
> *Ross, Schlenker v. Staples, Inc.*, 09-cv-89-BU-SHE (D. Mont.); and

8) setting the final fairness hearing for a date no earlier than one hundred eighty (180) days from the date of this motion, at the District New Jersey, Newark Vicinage.

PLEASE TAKE FURTHER NOTICE that Plaintiffs will rely on the supporting memorandum and declaration submitted in support of this motion and all proceedings heretofore had in this proceeding. A proposed order accompanies this motion.

Dated: February 5, 2010                Respectfully submitted,

                                       s/ Seth Lesser

                                       _____
                                       Seth Lesser
                                       Fran Rudich
                                       **KLAFTER OLSEN & LESSER LLP**
                                       Two International Place
                                       Suite 350
                                       Rye Brook, New York 10573
                                       Telephone:          914-934-9200
                                       Telecopier:         914-934-9220

                                       **LOCKS LAW FIRM, LLC**
                                       Michael A. Galpern
                                       Andrew P. Bell

Janet Walsh
457 Haddonfield Rd.  Suite 500
Cherry Hill, NJ 08002

**MASON, LLP**
Gary Edward Mason
Nicholas A. Migliaccio
1625 Massachusetts Avenue, NW
Suite 605
Washington, DC 20036

**BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP**
Joseph H. Meltzer
Peter A. Muhic
Robert J. Gray
280 King of Prussia Road
Radnor, PA 19087

**LITE DEPALMA AND GREENBERG, LLC**
Joseph J. DePalma,
Mayra Velez Tarantino
Jennifer Sarnelli,
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003

**FUGAZY & ROONEY LLP**
Paul P. Rooney
Eric Scott Tilton
126 Glen Street
Glen Cove, NY 11542
Berger & Gottlieb
Jeffrey Gottlieb, Esq.
150 East 18th Street, Suite PHR New York, NY 1003

**BARAKAN NEFF HANDELMAN MEIZLISH LLP**
Robert E. DeRose, II
360 South Grant Avenue
P.O. Box 1989
Columbus, OH 43216-1989

**THE CONSUMER ADVOCACY CENTER P.C.**
Lance A. Raphael
Stacy Michelle Bardo

Allison Amy Krumhorn
180 W. Washington
Suite 700
Chicago, IL 60602

**LAW OFFICE OF MICHAEL J. SAN SOUCI**
Michael J. San Souci
2135 Charlotte Street, Suite 1A
Bozeman, MT 59718

**KELLY LAW OFFICE**
Timothy C. Kelly
Box 65
Emigrant, MT 59027

**ATTORNEYS FOR PLAINTIFFS AND PROPOSED SETTLEMENT CLASSES**